CONRAD KAPPEL AND CATHARINE KAPPEL, APPELLANTS, *v.* CHAARI ZEDEK CONGREGATION, RESPONDENT.

*Action against a religious society on a covenant in its deed — burden of showing irregularity in sale, e. g., that an order was not made authorizing the sale, rests on defendant.*

APPEAL from a judgment in favor of the defendant, entered upon a nonsuit directed at the circuit.

The action was brought to recover $750 damages for a breach of covenants in a deed claimed to have been made and executed by the " Biker Cholim Ukadisha " congregation to the plaintiffs, on the 12th day of April, 1870.

The congregation " Biker Cholim Ukadisha," and this defendant were, by an act of the Legislature, passed May 9, 1874, combined and consolidated under the name of the " Chaari Zedek Congregation."

The congregation " Biker Cholim Ukadisha," and this defendant are, and were religious corporations. (Chap. 403, Laws 1874.)

The plaintiff was nonsuited, because the evidence did not show that an order was obtained from any court authorizing the making or executing of the deed or the conveying of the property.

The court, at General Term, said : "We think it was error to nonsuit. The conveyance to the plaintiff was apparently valid. Assuming that an order of this court, for the sale of the property mentioned in the conveyance, was an essential pre-requisite of a valid sale thereof ; yet the legal presumption, in an action between the parties to the conveyance, or their privies, is that such order was duly obtained. A corporation, which sets up a lack of power to do a particular act, within the scope of its general powers, assumes the burden of proving such defence." (*Nelson* v. *Eaton*, 26 N. Y., 415.)

*John Fleming*, for the appellants. *Wm. J. Stanford*, for the respondent.

Opinion by PRATT, J.

Present — DYKMAN and PRATT, JJ., BARNARD, P. J., not sitting.

Judgment reversed, and new trial granted ; costs to abide event.